187 So.2d 441

**Mrs. Bessie Shuler PENINGER et al.**

v.

**NEW AMSTERDAM CASUALTY COMPANY.**

No. 48224.

June 21, 1966.

In re: Hartford Accident & Indemnity Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 187 So.2d 128.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

187 So.2d 441

**H. N. HANNER et al.**

v.

**H. M. GILBERT et al.**

No. 48225.

June 21, 1966.

In re: Hanner Funeral Home applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 187 So.2d 133.

Writ refused. On the facts found by the Court of Appeal, the result is correct.